No. 81–5419.   KUBASIAK v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 81–5430.   HOWARD v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 81–5437.   COMBS v. DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 81–5440.   GREEN v. CARLSON, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 81–5445.   NICKERSON v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 81–5450.   WARDEN v. UNITED STATES PAROLE COMMISSION ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 81–5460.   RED HORSE v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 81–5467.   WOODS v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 81–5468.   SPRECHER v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 81–5473.   BRADFORD ET AL. v. UNITED STATES. C. A. 7th Cir.   Certiorari denied.

No. 81–5477.   BERRY v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.